IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN CHADWICK,

    Plaintiff,

  v.

MIDLAND CREDIT MANAGEMENT, INC., and DOES 1–10, inclusive,

    Defendants.
                                   /

No. C 12-01789 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DENYING ATTENDANCE BY TELEPHONE**

      The Court **CONTINUES** the case management conference for one-week, to **JULY 26, 2012, AT 11:00 A.M.** However, both parties must personally appear at the case management conference as the courtroom telephone does not make it feasible to hold hearings thereon. A joint case management statement is due at least seven days prior.

      **IT IS SO ORDERED.**

Dated: June 15, 2012.

                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California