**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN CHADWICK,

    Plaintiff,

  v.

MIDLAND CREDIT MANAGEMENT, INC., and DOES 1–10, inclusive,

    Defendants.
                              /

No. C 12-01789 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges the notice of settlement filed by plaintiff, but cautions that all deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: October 3, 2012.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE