IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN CHADWICK,

    Plaintiff,

  v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

No. C 12-01789 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges the parties' notice of settlement. As noted in the case management order, however, all deadlines remain in effect until a dismissal is filed (Dkt. No. 24 at 4–5).

**IT IS SO ORDERED.**

Dated: October 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE